UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Jennifer Chaffee, Plaintiff(s)

vs.

Syracuse City School Dist, Defendant(s)

Civil Case No.: 5:22cv1077 BKS/ML

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ☒ JURY ☐ COURT (Select only one).

FILED
OCT 19 2022
AT____ O'CLOCK
John M. Domurad, Clerk - Syracuse

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Jennifer Chaffee Bryan Fiddler
   Address: 209 Cogswell Ave
   Syracuse NY 13209

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Syracuse City School District
   Official Position: Superintendent
   Address: 1005 W Fayette St
   Syracuse NY 13204

b. Defendant: _Franklin Elementary School_

Official Position: _Principal_

Address: _428 S Alvord St_
_Syracuse NY 13208_

c. Defendant: _____

Official Position: _____

Address: _____

Additional Defendants may be added on a separate sheet of paper.

4. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).

When I was refused a police report on a local level, their reason because I was hacked on phone. The hackers threaten that they was raping my son inside of school and they had a creative way of giving shots to my son age 6 in the nurses office. I pannicked my son came home with changes of clothes and had feces in his underwear one time the bus took an hour to get to my house and the school is 15 minute walk from my house. I trusted the school and I went there and principal was out so I ended up talking to Mrs Gosh and when I told her the story and I told her they said they were raping my 6 yo son in nurse office

We were sitting in a small chatted at round table when I got home the hackers described how we were sitting and what we were talking about. So the next day I called the Superintendent office and I made a anonymous report telling them to spy on the school and make sure this is not happening to me/ son. And 2 days later after my phone call they sent a social worker with the police in my home where they condemn my home. Apt which was a rental scam I fell into and they used it against me which I was honest about and then they accused me of trying to kill a social worker w a gun and I was put in Cpep against my will with the story I tryed to kill a social worker I felt they did this to discredit me they used my sons absenses as an excuse but I went to doctor every time and had excused absenses and times he was truly sick and after hack threats I took him out for a week which I got a doctor to excuse. They violated my right to report a crime. I deserved and my son deserved to be treated with respect in his school setting. If I felt is it my right to keep my child safe at his home. They violated my rights acording to the crime victims act 18 USC § 3771. I would

b. Defendant: _____

   Official Position: _____

   Address: _____
   _____
   _____

c. Defendant: _____

   Official Position: _____

   Address: _____
   _____
   _____

Additional Defendants may be added on a separate sheet of paper.

4.                               **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).

I reported the threat of Rape of my child inside School to the fbi. I also took it ~~up~~ on myself to investigate when the School Superintendent retailiated against me with cps just to report it to the School. 6 month later a person involved with group confessed my child wasn't only drugged and raped ~~b~~ it was by multiple people and He was put on a website which they distributed to make money off the exploitation of my child who was 6 and attended 1st grade"

7. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

My prayer is that I'm granted relief for fees pertaining to this petition these Crimes have Shamed me and my family Deeply I was financialy untimidated by these Sextraffickers they Created fraud against me they Stole from me and they Still threaten my Children

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 10-17-22

Jennifer Chaffee
Bryan Liddler
Signature of Plaintiff(s)
(all Plaintiffs must sign)